UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

August 18, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CA 03-473ML CCA# **04-2321**
USA v. Mario Trevino-Leal

Dear Clerk of Court:

Enclosed herewith you will find proof of payment as to Mr. Trevino-Leal's appeal fee.

This fee was misapplied to Mr. Trevino-Leal's criminal case (CR 02-041-01ML) upon its receipt. Attached find a copy of the treasury check dated 3/14/05, and made out to "Clerk U.S. Court of Appeals" in the amount of $255.00. Note that on 8/16/05, the fee was properly applied to the correct case (CA 03-473ML) by the USDC-RI Financial Administrator. A copy of the transaction screens are also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,
David A. DiMarzio
Clerk of Court

BY: ______________________
John Duhamel - Deputy Clerk
(401) 752-7205
**E-mail: John_Duhamel@rid.uscourts.gov**

encl:
Documents re: proof of payment of appeal fee
Certified Docket