MANDATE

03-00473
USDCIRI
LISI

# United States Court of Appeals
## For the First Circuit

No. 04-2321

MARIO TREVINO-LEAL,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

JUDGMENT

Entered: July 18, 2007

Petitioner requests a certificate of appealability (COA) in order to challenge the district court's denial of his motion under 28 U.S.C. § 2255. Despite many extensions of time, petitioner has elected not to file a memorandum in support of his request for a COA.

Under the circumstances, we have considered the memorandum submitted in support of the request for a COA in the district court. The request for a COA in the district court did not fault the rejection of the claims made in the § 2255 petition but rather raised new issues. See Roberts v. Cockrell, 319 F.3d 690, 695 (5th Cir. 2003)( "We will generally not consider a claim raised for the first time in a COA application"). In any case, the district court concluded, and we agree, that petitioner failed to make a substantial showing of the denial of a constitutional right that would entitle him to issuance of a certificate under 28 U.S.C. § 2253(c), either in the original petition or in the request for a COA.

The request for a certificate of appealability is be denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 9/11/07

[cc: Mario Trevino-Leal, Luis M. Matos, AUSA, Donald Lockhart, AUSA]